UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARRETT SMITH, MD,

       Plaintiff

                                Case No. 2:23-CV-11384

v.                                 Hon. Susan K. DeClercq

WAYNE COUNTY, a
Municipal Corporation~~, and~~
~~SOUTHEASTERN MICHIGAN~~
~~HEALTH ASSOCIATION, a~~
~~Domestic Non-Profit Corporation~~

            Defendant.

---

## STIPULATED ORDER FOR DISMISSAL OF REMAINING CLAIMS WITH PREJUDICE

WHEREAS the Parties have engaged in Court-ordered Mediation before Magistrate Judge Anthony P. Patti and have agreed, without any admission of liability and with the advice and consent of Counsel, to settle the instant matter without further litigation, Case No. 2:23-CV-11384 is hereby **DISMISSED WITH PREJUDICE** without costs and fees to any party.

**This constitutes a final Order and closes this matter before the Court.**

                                       */s/Susan K. DeClercq*
                                       SUSAN K. DeCLERCQ
                                       United States District Judge

Dated: November 3, 2025

1

*Stipulated and approved as to form and content by:*

| | |
|---|---|
| */s/ Claire Mason Lee* | */s/ Brian E. Koncius (with permission)* |
| CLAIRE MASON LEE (P63506) | BRIAN E. KONCIUS (P69278) |
| BRUCE A. CAMPBELL (P37755) | **BOGAS & KONCIUS P.C.** |
| **WAYNE COUNTY CORPORATION** | 31700 Telegraph Rd., Ste. 160 |
| **COUNSEL** | Bingham Farms, MI  48025 |
| 500 Griswold St., 30th Floor | (248) 502-5000 |
| Detroit, MI 48226 | bkoncius@kbogaslaw.com |
| (313) 224-2186 | *Attorney for Plaintiff* |
| cmlee@waynecountymi.gov | |
| *Attorneys for Defendant Wayne County* | |

DATED: October 30, 2025